1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. BARNHARDT,<br><br>                Petitioner<br><br>      v.<br><br>WARDEN,<br><br>                Respondent. | Case No. SACV 16-00946-RSWL<br>(GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Denying Motion And Dismissing Action Without Prejudice,

    IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: 5/26/2016               s/ RONALD S.W. LEW

                                 RONALD S. W. LEW
                                 UNITED STATES DISTRICT JUDGE